UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY

SHAUNNE OLSON,

    Plaintiff,

-vs-                                            Case No:   4:06-CV-0154-SEB-WGH

HORNBLOWER MARINE SERVICES, INC.,

    Defendant.
_____/

## STIPULATION AS TO SUBSTITUTION OF DEFENDANT

      COME NOW jointly the Plaintiff, Shaunne Olson and Defendant (herein incorrectly named as Hornblower Marine Services, Inc.), by and through their respective counsel and respectfully file herein their Stipulation and ask the Clerk of this Honorable Court to formally change the name of the Defendant in accordance herewith.

## MEMORANDUM STIPULATION

      Plaintiff having incorrectly sued Hornblower Marine Services, Inc., as the Defendant herein and said entity not being the employer of Plaintiff, the parties here stipulate that the name of the Defendant herein shall be substituted to that of Plaintiff's employer, HMS WestPac Express, Inc., and same shall be substituted forthwith in any pleadings filed by and incorrectly named Defendant (Hornblower Marine Services, Inc.).

| OBRYAN BAUN COHEN KUEBLER | MILLER AND MILLER |
|---|---|
| /s/ Howard M. Cohen | /s/ Stephanie R. Miller (with consent) |
| Howard M. Cohen | Stephanie R. Miller |
| Attorney for Plaintiff | Attorney for Defendant |
| 401 S. Old Woodward, Ste. 450 | 401 W. Main St. |
| Birmingham, MI 48009 | One Riverfront Plaza, Ste. 602 |
| (248) 258-6262 | Louisville, KY 40202 |

1

(248) 258-6047 fax                                  (502) 581-1224
hcohen@obryanlaw.net                         (502) 581-1227 fax


Dated: September 20, 2007