UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| SHAUNNE OLSON </br></br> Respondent </br> (Plaintiff) </br></br> v. </br></br> HORNBLOWER MARINE SERVICES, INC. </br> Petitioner </br> (Defendant) | ) </br> ) </br> ) </br> ) </br> ) </br> ) Cause No. 4:06-CV-0154-SEB-WGH </br> ) </br> ) </br> ) </br> ) </br> ) |

### DEFENDANT'S SUR-REPLY RELATIVE TO PLAINTIFF'S MOTION FOR MAINTENANCE AND CURE

COMES NOW the Defendant, Hornblower Marine Services, Inc. (hereinafter called "Hornblower"), by and through counsel and herein files its Sur-Reply to Plaintiff's Motion for Maintenance and Cure as follows:

### MEMORANDUM

Plaintiff claims injury on the 25th of May 2006. As previously briefed by the Defendant, such injury (if any) occurred while Plaintiff was off duty in a bar and the Defendant believes, therefore, that it is not liable for maintenance and cure. Assuming *arguendo* that this honorable Court were to find some liability on the part of Hornblower, the Defendant wishes to note that any such liability has ceased.

Plaintiff received treatment in both Bangkok and Okinawa (paid for by Hornblower) and on the 2nd of June, he was released as fit for duty. Having reached maximum medical cure, he was subsequently discharged in Okinawa, Japan on June 13, 2006. During that interim, he received full wages although not required to perform duties. The Defendant is not, therefore, responsible for any further treatment, maintenance and/or cure.

WHEREFORE, Hornblower respectfully requests this honorable Court overrule and deny Plaintiff's Motion as moot.

Respectfully submitted,

*Stephanie R. Miller*
Stephanie R. Miller
401 W. Main Street
One Riverfront Plaza, Suite 602
Louisville, KY 40202-2936
(502)581-1224
(502)581-1227 (Fax)

Counsel for Defendant,
Hornblower Marine Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was sent via U.S. Main this 17th day of May, 2007 to Dennis M. O'Bryan, 401 S. Old Woodward, Suite 320, Birmingham, MI 48009.

*Stephanie R. Miller*
Stephanie R. Miller