UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY  DIVISION

SHAUNNE OLSON,                                    )
                                                  )
              Plaintiff,                          )
                                                  )        4:06-cv-154- SEB-WGH
        vs.                                       )
                                                  )
HMS WESTPAC EXPRESS, INC.,                        )
                                                  )
              Defendant.                          )

The Honorable Sarah Evans Barker, Judge
Entry for October 16, 2008

        Given the current posture of the case, there is no current need for a trial.  Accordingly, the

October 17, 2008, final pretrial conference and October 27, 2008, trial dates are VACATED.

Copies to:

Howard Michael Cohen
O'BRYAN BAUN COHEN KUEBLER
hcohen@obryanlaw.net

Stephanie R. Miller
MILLER & MILLER
One Riverfront Plaza  # 602
Louisville, KY 40202

Dennis M. O'Bryan
O'BRYAN BAUN COHEN KUEBLER
dob@obryanlaw.net