UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
AT NEW ALBANY

FILED
US DISTRICT COURT
09 JUN 30 AM 11:49
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| SHAUNNE OLSON                    )<br>                                  )<br>      Plaintiff                  )<br>                                  )<br>                                  )<br>                                  )<br>v.                                )       Cause No. 4:06-CV-0154-SEB-<br>                                  )<br>HMS WESTPAC EXPRESS, INC.         )<br>                                  )<br>      Defendant                  )  | |

### JOINT MOTION TO ENTER AGREED ORDER
### APPROVING SETTLEMENT AND DISMISSING SETTLED

Come jointly now the Defendant, HMS WestPac Express, Inc. and the Plaintiff, Shaunne Olson, in person and by counsel, and move this honorable Court to enter the tendered Agreed Order Approving Settlement and Dismissing Settled.

_____
Shaunne Olson
Plaintiff

_____
Howard M. Cohen
O'BRYAN LAW CENTER, P.C.
401 S. Old Woodward
Suite 450
Birmingham, MI 48009

Counsel for Plaintiff

_____
W. Scott Miller, Jr.
Stephanie R. Miller
MILLER & MILLER
One Riverfront Plaza, Suite 602
Louisville, KY 40202-2936

Counsel for Defendant